IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAVIER MAYORGA,

        Appellant,

v.

SUN ELECTRONICS
INTERNATIONAL,
INC./ZENITH INSURANCE,

        Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5598

_____/

Opinion filed October 4, 2016.

An appeal from an order of the Judge of Compensation Claims.
Charles M. Hill, III, Judge.

Date of Accident: November 17, 2010.

Kimberly  A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale and Monica De Feria Cooper of Richard E. Zaldivar, P.A., Miami, for Appellant.

Thomas F. Scully, Sarasota, for Appellees.

PER CURIAM.

      The court having received the September 6, 2016, order of the Supreme Court

of Florida quashing this court's opinion of March 31, 2015, and remanding the

matter for reconsideration upon application of <u>Castellanos v. Next Door Co.</u>, 192 So. 3d 431 (Fla. 2016), and finding that reversal is warranted in light of that opinion, the order of the Judge of Compensation Claims is REVERSED, and this case is REMANDED for proceedings consistent with that opinion.

REVERSED and REMANDED.

LEWIS, OSTERHAUS, and JAY, JJ., CONCUR.